**Fill in this information to identify your case:**

Debtor 1: **Joshua Lee LaForce**
First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE, NORTHEASTERN DIVISION

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1: List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Appalachian Lending**<br>Description of property securing debt: **Non-PMSI in Household Goods and/or Household Furnishings** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br>■ Yes |
| Creditor's name: **Covington Credit**<br>Description of property securing debt: **Non-PMSI in Household Goods and/or Household Furnishings** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br>■ Yes |
| Creditor's name: **Eagle Financial**<br>Description of property: **Non-PMSI in Household Goods and/or Household Furnishings** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br>■ Yes |

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 1

| Debtor 1 | Joshua Lee LaForce | Case number *(if known)* | |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| | securing debt: | **avoid lien using 11 U.S.C. § 522(f)** | |
| Creditor's name: | **OneMain Financial, Inc.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br>■ Yes |
| Description of property securing debt: | **Non-PMSI in Household Goods and/or Household Furnishings** | | |
| Creditor's name: | **Regional Finance** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br>■ Yes |
| Description of property securing debt: | **Non-PMSI in Household Goods and/or Household Furnishings** | | |
| Creditor's name: | **Santander Consumer USA** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Description of property securing debt: | **2018 Jeep Renegade 7,000 miles**<br>**NADA: $17,496.00** | | |

**Part 2:   List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

Debtor 1   **Joshua Lee LaForce**                                    Case number *(if known)*

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

## Part 3:   Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X   **/s/ Joshua Lee LaForce**                                      X  _____
    **Joshua Lee LaForce**                                              Signature of Debtor 2
    Signature of Debtor 1

Date   **August  8, 2019**                                          Date

## United States Bankruptcy Court
### Eastern District of Tennessee, Northeastern Division

In re **Joshua Lee LaForce**    Case No.
Debtor(s)    Chapter **7**

# CERTIFICATE OF SERVICE

I hereby certify that on **August 8, 2019**, a copy of Debtor's Statement of Intention was served electronically to the U.S. Trustee and Chapter 7 Trustee and by United States mail, first class, postage prepaid to the following:

**Appalachian Lending**
**1613 W Market St**
**Johnson City, TN 37604**

**Appalachian Lending**
**2705 Fort Henry Drive**
**Kingsport, TN 37664**

**Covington Credit**
**Attn: Bankruptcy**
**1732 North Eastman Road Suite 2-A**
**Kingsport, TN 37664**

**Eagle Financial**
**Attn: Bankruptcy Dept**
**1101 East Stone Drive #7**
**Kingsport, TN 37660**

**Eagle Financial Services, Inc.**
**c/o Incorp Services, Inc.**
**216 Centerview Dr**
**Suite 317**
**Brentwood, TN 37027-3226**

**OneMain Financial Services Inc.**
**c/o Kevin J. Jones, Esq.**
**1801 8th Ave S, Suite 100**
**Nashville, TN 37203-5038**

**OneMain Financial, Inc.**
**c/o C T Corporation System**
**300 Montvue Road**
**Knoxville, TN 37919-5546**

**Paulletta Berry**
**665 Bancroft Chapel Road**
**Kingsport, TN 37660**

**Regional Finance**
**Attn: Bankruptcy**
**421 West Stone Drive Suite 3**
**Kingsport, TN 37660**

**Regional Finance Corporaiton**
**of Tennessee**
**c/o C T Corporation System**
**300 Montvue Rd**
**Knoxville, TN 37919-5546**

**Santander Consumer USA**
**Attn: Bankruptcy**
**10-64-38-Fd7  601 Penn St**
**Reading, PA 19601**

**Santander Consumer USA Inc.**
**c/o C T Corporation System**
**300 Montvue Road**
**Knoxville, TN 37919-5546**

**Southern Finance of Tennessee, Inc.**

**c/o C T Corporation System**
**300 Montvue Rd**
**Knoxville, TN 37919-5546**

**/s/ Jeremy D. Jones BPR#032527**
**Jeremy D. Jones BPR#032527**
**Dean Greer & Associates**
**2809 East Center Street**
**P. O. Box 3708**
**Kingsport, TN 37664**
**423-246-1988**
**bankruptcy@deangreer.com**